# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LURIE D. JAMES, III, as Personal Representative of the Estate of LURIE JAMES, SR., Deceased** ) ) ) ) | |
| **Plaintiff,** ) | |
| v. ) ) | Civil No.: 1:16-cv-00051 |
| ) | |
| **CURTIS McDANIEL; ALLSTATE INSURANCE COMPANY, et al.** ) ) ) | |
| **Defendants.** ) | |

## CONSENT TO REMOVAL

COMES NOW the Defendant, Allstate Insurance Company, and gives notice to the Court of Allstate's CONSENT to the Removal filed by Curtis McDaniel.

Respectfully submitted,

*/s/ Steven R. Colclough* \_\_\_\_
M. BRIAN SLAUGHTER
STEVEN R. COLCLOUGH
Attorneys for Allstate Insurance Company

**OF COUNSEL:**
Varner & Associates
2600 Corporate Drive, Suite 200
2600 Meadow Brook South
Birmingham, AL  35242
(205) 981-3703

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed to them on this the 16th day of February, 2016.

Desmond V. Tobias
TOBIAS, McCORMICK & COMER, LLC
1203 Dauphin St
Mobile, AL 36604


Justin W. Parsons
CARR ALLISON
6251 Monroe St
Daphne, AL 36526


                                              */s/ Steven R. Colclough* _____
                                              OF COUNSEL